**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01750-CV

## IN RE FREDERICK D. TODD, II, M.D., AND FREDERICK D. TODD, II, M.D., P.A. D/B/A ARLINGTON NEUROLOGICAL & SPINE ASSOCIATES, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-16167-F**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.


/s/      JIM MOSELEY
        JUSTICE